CRAIG CARPENITO
United States Attorney
ANDREW A. CAFFREY, III
Assistant U.S. Attorney
970 Broad Street, Suite 700
Newark, NJ 07102
Tel. (973) 645-2732
email: andrew.caffrey@usdoj.gov

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA, STATE OF CALIFORNIA, STATE OF COLORADO, STATE OF CONNECTICUT, ST ATE OF DELAWARE, THE DISTRICT OF COLUMBIA, STATE OF FLORIDA, STATE OF GEORGIA, STATE OF HAWAII, STATE OF ILLINOIS, STATE OF INDIANA, STATE OF IOWA, ST ATE OF LOUISIANA, STATE OF MARYLAND, COMMONWEALTH OF MASSACHUSETTS, STATE OF MICHIGAN, STATE OF MINNESOTA, STATE OF MONTANA, STATE OF NEVADA, STATE OF NEW JERSEY, STATE OF NEW MEXICO, STATE OF NEW YORK, STATE OF NORTH CAROLINA, STATE OF OKLAHOMA, STATE OF RHODE ISLAND, ST ATE OF TENNESSEE, ST ATE OF TEXAS, COMMONWEALTH OF VIRGINIA, STATE OF WASHINGTON, AND STATE OF WISCONSIN, *ex rel.* CHARLES J. WOLF,<br><br>*Plaintiffs,* | Hon. Claire C. Cecchi<br><br>*Civil Action No.* 16-01855 (CCC) (MF)<br><br>**UNITED STATES' NOTICE OF INTERVENTION** |

v.

MERIT MEDICAL SYSTEMS, INC.,

*Defendant*.

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), the United States notifies the Court that it hereby intervenes and intends to proceed with this action. The United States intends to file its complaint by July 13, 2020.

The United States requests that this action be administratively reopened and the stay lifted. The United States requests that the relator's Complaint, this Notice, and the attached proposed Order be unsealed. The United States requests that all other papers on file in this action remain under seal.

The United States reserves the right to seek the dismissal of the relator's action or claim on any appropriate grounds, including under 31 U.S.C. §§ 3730(b)(5) and (e)(4).

A proposed order accompanies this notice.

Date: June 12, 2020.                          Respectfully Submitted,

                                              JOSEPH H. HUNT
                                              Assistant Attorney General
                                              Civil Division

                                              CRAIG CARPENITO
                                              United States Attorney

                                              _____
                                              ANDREW A. CAFFREY, III
                                              Assistant U.S. Attorney
                                              970 Broad Street, Suite 700
                                              Newark, NJ 07102
                                              Tel. (973) 645-2732
                                              email: andrew.caffrey@usdoj.gov

JAMIE ANN YAVELBERG
COLIN M. HUNTLEY
CHRISTOPHER TERRANOVA
Civil Division
U.S. Department of Justice
Post Office Box 261
Ben Franklin Station
Washington, DC 20044
Phone: 202.616.4203
Fax: 202.514.0280

*Attorneys for the United States*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, STATE OF CALIFORNIA, STATE OF COLORADO, STATE OF CONNECTICUT, ST ATE OF DELAWARE, THE DISTRICT OF COLUMBIA, STATE OF FLORIDA, STATE OF GEORGIA, STATE OF HAWAII, STATE OF ILLINOIS, STATE OF INDIANA, STATE OF IOWA, ST ATE OF LOUISIANA, STATE OF MARYLAND, COMMONWEALTH OF MASSACHUSETTS, STATE OF MICHIGAN, STATE OF MINNESOTA, STATE OF MONTANA, STATE OF NEVADA, STATE OF NEW JERSEY, STATE OF NEW MEXICO, STATE OF NEW YORK, STATE OF NORTH CAROLINA, STATE OF OKLAHOMA, STATE OF RHODE ISLAND, ST ATE OF TENNESSEE, ST ATE OF TEXAS, COMMONWEALTH OF VIRGINIA, STATE OF WASHINGTON, AND STATE OF WISCONSIN, *ex rel.* CHARLES J. WOLF, <br><br>      *Plaintiffs,* <br><br>  v. <br><br>MERIT MEDICAL SYSTEMS, INC., <br><br>      *Defendant*. | Hon. Claire C. Cecchi <br><br> *Civil Action No.* 16-01855 (CCC) (MF) <br><br> **[PROPOSED] ORDER** |

The United States having intervened in this action, pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4), the Court rules as follows:

IT IS ORDERED that,

1. this action is administratively reopened and the stay is lifted;

2. the relator's complaint, the United States' Notice of Intervention, and this Order be unsealed;

3. the United States file its Complaint by July 13, 2020;

4. all other papers or Orders on file in this matter shall remain under seal; and

5. the seal shall be lifted on all matters occurring in this action after the date of this Order.

IT IS SO ORDERED,

This _____ day of _____, 2020.

_____
United States District Judge