

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

---

*970 Broad Street, Suite 700*
*Newark, New Jersey 07102*
*(973) 645-2732*
*andrew.caffrey@usdoj.gov*

June 12, 2020

Clerk
Martin Luther King Building
 & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

      Re:    United States *ex rel.* [UNDER SEAL] v. [UNDER SEAL]
             Civil Action No. 16-01855 (CCC) (MF)

             **FILED IN CAMERA AND UNDER SEAL**

Dear Sir or Madam:

    I enclose for filing in camera and under seal in the above-referenced miscellaneous case three copies each of the following documents:

    1.    United States' Notice of Intervention;
    2.    [Proposed] Order; and
    3.    Certificate of Service.

    Kindly return a copy of each document stamped "filed" in the envelope provided.

                              Sincerely,

                              CRAIG CARPENITO
                              United States Attorney

            By:    */s/ Andrew A. Caffrey, III*

                              ANDREW A. CAFFREY, III
                              Assistant U.S. Attorney

Enclosures
cc:    Hon. Claire C. Cecchi, U.S.D.J. (w/ enclosures)
       Jay P. Holland (w/ enclosures)