CRAIG CARPENITO
United States Attorney
ANDREW A. CAFFREY, III
Assistant U.S. Attorney
970 Broad Street, Suite 700
Newark, NJ 07102
Tel. (973) 645-2732
email: andrew.caffrey@usdoj.gov

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA, STATE OF CALIFORNIA, STATE OF COLORADO, STATE OF CONNECTICUT, ST ATE OF DELAWARE, THE DISTRICT OF COLUMBIA, STATE OF FLORIDA, STATE OF GEORGIA, STATE OF HAWAII, STATE OF ILLINOIS, STATE OF INDIANA, STATE OF IOWA, ST ATE OF LOUISIANA, STATE OF MARYLAND, COMMONWEALTH OF MASSACHUSETTS, STATE OF MICHIGAN, STATE OF MINNESOTA, STATE OF MONTANA, STATE OF NEVADA, STATE OF NEW JERSEY, STATE OF NEW MEXICO, STATE OF NEW YORK, STATE OF NORTH CAROLINA, STATE OF OKLAHOMA, STATE OF RHODE ISLAND, ST ATE OF TENNESSEE, ST ATE OF TEXAS, COMMONWEALTH OF VIRGINIA, STATE OF WASHINGTON, AND STATE OF WISCONSIN, *ex rel.* CHARLES J. WOLF, *Plaintiffs,* | Hon. Claire C. Cecchi<br><br>*Civil Action No.* 16-01855 (CCC) (MF)<br><br>**CERTIFICATE OF SERVICE** |

|  |
|---|
| v.<br><br>MERIT MEDICAL SYSTEMS, INC.,<br><br>*Defendant*. |

I, Andrew A. Caffrey, III, hereby certify that:

1. On June 12, 2020, I caused copies of the following documents to be filed by first class mail, postage prepaid, and electronic mail, with the Clerk of the Court at 50 Walnut Street, Room 4015, Newark, New Jersey 07102:

- United States' Notice of Intervention; and
- [Proposed] Order.

2. On June 12, 2020, I caused copies of each of the foregoing documents to be sent via first-class mail, postage prepaid, and electronic mail to:

Jay P. Holland
Veronica B. Nannis
Joseph Greenwald & Laake, P.A.
6404 Ivy Lane, Suite 400
Greenbelt, MD 20770
jholland@jgllaw.com
vnannis@jgllaw.com

*Counsel for Relator Charles J. Wolf.*

I swear that the foregoing statements are true and correct to the best of my ability and knowledge. I am aware that I am subject to penalty for any willful misstatement herein.

Dated: June 12, 2020
Newark, New Jersey

_____
Andrew A. Caffrey, III
Assistant U.S. Attorney