RACHAEL A. HONIG
Attorney for the United States, Acting Under Authority Conferred by 28 U.S.C. § 515
ANDREW A. CAFFREY, III
Assistant U.S. Attorney
970 Broad Street, Suite 700
Newark, NJ 07102
Tel. (973) 645-2732
email: andrew.caffrey@usdoj.gov

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, STATE OF CALIFORNIA, STATE OF COLORADO, STATE OF CONNECTICUT, ST ATE OF DELAWARE, THE DISTRICT OF COLUMBIA, STATE OF FLORIDA, STATE OF GEORGIA, STATE OF HAWAII, STATE OF ILLINOIS, STATE OF INDIANA, STATE OF IOWA, ST ATE OF LOUISIANA, STATE OF MARYLAND, COMMONWEALTH OF MASSACHUSETTS, STATE OF MICHIGAN, STATE OF MINNESOTA, STATE OF MONTANA, STATE OF NEVADA, STATE OF NEW JERSEY, STATE OF NEW MEXICO, STATE OF NEW YORK, STATE OF NORTH CAROLINA, STATE OF OKLAHOMA, STATE OF RHODE ISLAND, ST ATE OF TENNESSEE, ST ATE OF TEXAS, COMMONWEALTH OF VIRGINIA, STATE OF WASHINGTON, AND STATE OF WISCONSIN, *ex rel.* CHARLES J. WOLF,<br><br>*Plaintiffs,* | Hon. Claire C. Cecchi<br><br>*Civil Action No.* 16-01855 (CCC) (MF)<br><br>**NOTICE OF DISMISSAL AND RELATOR'S RESERVATION OF CERTAIN CLAIMS** |

> v.
>
> MERIT MEDICAL SYSTEMS, INC.,
>
> *Defendant*.

Plaintiff United States of America and Relator Charles J. Wolf, M.D. file this notice of dismissal as to their claims in this case against Defendant Merit Medical Systems, Inc. (Merit) in accordance with the terms set forth below.

1. Effective October 13, 2020, the United States and Relator entered into a civil settlement agreement with Merit (Settlement Agreement), which compromises certain claims and causes of action in Relator's *qui tam* Complaint. Pursuant to the Settlement Agreement, Relator specifically reserved his right to recover reasonable expenses, attorneys' fees, and costs under 31 U.S.C. § 3730(d) and to entitlement under 31 U.S.C. § 3730(d), and State equivalents, to a share of the proceeds of the Medicaid State Settlement Agreements.

2. Pursuant to Federal Rule of Civil Procedure 41(a) and 31 U.S.C. § 3730(b)(1), the United States and Relator hereby notice the dismissal of their claims in this case against Merit. As to the United States' and the Relator's claims in this case against Merit for the Covered Conduct, as that term is defined in the Settlement Agreement, the dismissal shall be with prejudice, except that Relator reserves his right to recover reasonable expenses, attorneys' fees, and costs under 31 U.S.C. § 3730(d) and to his share of the proceeds of the Medicaid State Settlement Agreements. As to all claims against Merit in this case other than the Covered Conduct, the dismissal shall be without prejudice to the United States and with prejudice to the Relator, except that Relator reserves the right to recover reasonable expenses, attorneys' fees, and costs under 31 U.S.C. § 3730(d) and to his share of the Medicaid State Settlement Agreements. This court shall retain

jurisdiction over Merit to consider claims by the Relator for reasonable expenses, attorneys' fees, and costs under 31 U.S.C. § 3730(d) and as to Relator's entitlement to a share of the proceeds of the Medicaid State Settlement Agreements.

3. A notice of dismissal pursuant to Rule 41(a)(1) is appropriate because Merit has not served an answer or a motion for summary judgment in this case.

Date: November 4, 2020.              Respectfully Submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
Civil Division

RACHAEL A. HONIG
Attorney for the United States, Acting Under
Authority Conferred by 28 U.S.C. § 515

*/s/ Andrew A. Caffrey, III*
ANDREW A. CAFFREY, III
Assistant U.S. Attorney
970 Broad Street, Suite 700
Newark, NJ 07102
Tel. (973) 645-2732
email: andrew.caffrey@usdoj.gov

JAMIE ANN YAVELBERG
COLIN M. HUNTLEY
CHRISTOPHER TERRANOVA
Civil Division
U.S. Department of Justice
Post Office Box 261
Ben Franklin Station
Washington, DC 20044
Phone: 202.616.4203
Fax: 202.514.0280

*Attorneys for the United States*

Law Office of Eric Tunis
53 Cardinal Drive 3D Floor
Westfield, NJ 07090
(O)(908)848-4482
(F)(908)848-4483
Etunis@tunislaw.com

Veronica Nannis; vnannis@jgllaw.com
Jay P. Holland; jholland@jgllaw.com
6404 Ivy Lane, Suite 400
Greenbelt, MD  20770
Tel: (301) 220-2200
(*pro hac vice admission*)

*Attorneys for Relator Charles J. Wolf, M.D.*

**SO ORDERED.**

**DATE:** November 18, 2020

**CLAIRE C. CECCHI, U.S.D.J.**

4