## LAW OFFICE OF ERIC TUNIS, LLC.
53 Cardinal Drive, Third Floor, Suite 2
Westfield, NJ 07090
(908) 838-4482 (O)
(908) 838-4483 (F)

Eric Tunis, Esq.
Etunis@tunislaw.com

December 08, 2020

Hon. Claire C. Cecchi
U.S. District Judge
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

> **Re:**  *United States, et al. v. Merit Medical Systems, Inc.*
> *Civil action No. 16-01855*

Dear Judge Cecchi,

I am local counsel to Realtor Charles J. Wolf in the above-referenced matter. I write the Court to request a thirty-day extension of time, pursuant to L.Civ.R. 54.2(a), of the deadline within which the Realtor may file a motion for attorney's fees, costs and expenses from December 18, 2020 to January 17, 2021. On November 18, 2020, the Court entered an Order of Dismissal, which expressly accepted Relator's right to apply for reasonable fees, expenses and costs, and the Realtor and Defendant have agreed, pursuant to the settlement of the Civil Action, that Realtor may file such an application within sixty days of the dismissal of the Civil Action. The requested extension will allow the parties to conduct settlement discussions and Realtor to prepare his application.

If Your Honor decides to grant this request, please execute the "So Ordered" clause provided below.

Respectfully submitted,

*/s/ Eric Tunis*

Eric Tunis, Esq.

ET/tal
c.c. All parties (via ECF)

**SO ORDERED this _____ day of _____, 2020.**

_____
**HON. CLAIRE C. CECCHI, U.S.D.J.**